**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>BRIAN T MOTT<br>STACY L MOTT<br>1121 TARKILN RD SE<br>LOT 164<br>LANCASTER, OH  43130 | Case No:    03-62521<br><br>Judge:       CHARLES M. CALDWELL |

SSN(S):    XXX-XX-3457
           XXX-XX-6595

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   September 23, 2009              /s/ Frank M. Pees
                                          Frank M. Pees
                                          Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| BRIAN T MOTT & STACY L MOTT<br>1121 TARKILN RD SE<br>LOT 164<br>LANCASTER, OH  43130 | 0.10 |